## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY JOHNSON                                                        PLAINTIFF

v.                                  No. 3:15-cv-137-DPM-BD

MISSISSIPPI COUNTY DETENTION CENTER
and BLYTHEVILLE OCSE                                          DEFENDANTS

### ORDER

Unopposed recommendation, № 4, adopted.  FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). This dismissal counts as a "strike"

for purposes of 28 U.S.C. § 1915(g).  The Court certifies that an *in forma

pauperis* appeal from this Order and accompanying Judgment will not be

taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2015