IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY JOHNSON                                                 PLAINTIFF

v.                      No. 3:15-cv-137-DPM

MISSISSIPPI COUNTY DETENTION CENTER
and BLYTHEVILLE OCSE                          DEFENDANTS

JUDGMENT

Johnson's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 June 2015